No. 72–499. TREMARCO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–505. PRICE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–509. DIPAOLO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–512. BOLT ASSOCIATES, INC. v. WESTERN GEO-PHYSICAL COMPANY OF AMERICA ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–513. DEROSA v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 72–518. ATWELL v. HARDY ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–519. AMERICAN MANNEX CORP. v. ROZANDS, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–526. PERREIRA v. DAMPSKIBSSELSKABET NOR-DEN A/S ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–527. POTOMAC SAND & GRAVEL CO. v. GOVER-NOR OF MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 72–530. LEVINE v. LONG ISLAND RAILROAD CO. ET AL. Ct. App. N. Y. Certiorari denied.

No. 72–531. DOW CHEMICAL CO. v. DIXIE CARRIERS, INC. C. A. 5th Cir. Certiorari denied.

No. 72–543. SMITH, ADMINISTRATRIX v. OLSEN & UGELSTAD. C. A. 6th Cir. Certiorari denied.